# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2018

157076-7

*In re* B.B. BARTLETT, Minor.

SC: 157076
COA: 341781
Kalamazoo CC Family Div:
  2014-000071-NA

_____/

*In re* BARTLETT, Minors.

SC: 157077
COA: 341782
Allegan CC Family Div:
  2013-051776-NA

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

On order of the Court, the application for leave to appeal the January 9, 2018 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2018



Clerk

t0130